# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**PA 1-982-831**

**Effective Date of Registration:**
March 14, 2016

## Title

| | |
|---|---|
| **Title of Work:** | London Has Fallen |
| **Previous or Alternate Title:** | Olympus Has Fallen Sequel |
| **Nature of Claim:** | original motion picture |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | March 04, 2016 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | LHF Productions, Inc. |
| **Author Created:** | entire film |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | LHF Productions, Inc.<br>318 N. Carson St., # 208, Carson City, NV 89701 |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | motion picture screenplay |
| **Previously registered:** | Yes |
| **Previous registration and year:** | PAu 3-789-521, 2014 |
| **Basis of current registration:** | This is a changed version of the work. |
| **New material included in claim:** | cinematographic material including performance, and all audio and visual elements |

## Certification

| | |
|---|---|
| **Name:** | Rick Eyler |

EXHBIT 1

**Date:**   March 04, 2016

**Correspondence:**   Yes



Page 2 of 2

EXHBIT 1